# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| OSCAR RENE CONTRERAS FLORES | CIVIL ACTION NO. 26-0463 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| KRISTI NOEM, et al. | MAGISTRATE JUDGE AYO |

## ORDER

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the motion for a temporary restraining order and preliminary injunction is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Respondents, and all their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby **ENJOINED** and **RESTRAINED** from removing Petitioner from the United States pending disposition of the filed habeas petition.

**IT IS FURTHER ORDERED** that Petitioner's request for release pending disposition of the filed habeas petition is **DENIED**.

**IT IS FURTHER ORDERED** that the filed habeas petition is **REFERRED** to the Magistrate Judge for consideration and disposition.

**DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of February, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**