UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **OSCAR RENE CONTRERAS FLORES** | **DOCKET NO. 1:26-cv-00463** <br> **SECTION P** |
| **VERSUS** | **JUDGE ALEXANDER C. VAN HOOK** |
| **KRISTI NOEM, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Before the court is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Oscar Rene Contreras Flores ("Petitioner"), through counsel. [Doc. 1]. Petitioner is presently in the custody of ICE, detained at the River Correctional Center in Ferriday, Louisiana.

On February 19, 2026, Judge Van Hook issued an order granting in part and denying in part Petitioner's Motion for TRO and Motion for Preliminary Injunction and referring this matter to the undersigned for issuance of an expedited briefing schedule and further disposition. [Doc. 11].

Accordingly,

**IT IS ORDERED** that Respondents file an answer to the petition within <u>21 days</u> of the date of this Order. Petitioner shall have <u>seven days</u> to reply. After the record is complete and delays have run, the court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

**THUS DONE AND SIGNED** in chambers this 23rd day of February, 2026.

_____
David J. Ayo
United States Magistrate Judge